IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher S. Graham and Sara N. Graham<br><br>Debtors | CHAPTER 13<br><br>CASE NO. 15-70664-JAD |
| US Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust<br><br>V.<br><br>Sara N. Graham fka Sara N. Smith<br>Christopher S. Graham<br>                    Respondents<br>and<br>Ronda J. Winnecour, Trustee<br>                    Additional Respondent | |

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

By:  /s/ Matthew Gross
Matthew Gross, Esquire
DWALDMANLAW, P.C.
Attorneys for Movant
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
844-899-4162

Date: October 11, 2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christopher S. Graham and Sara N. Graham<br><br>Debtors | CHAPTER 13<br><br>CASE NO. 15-70664-JAD |
| US Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust<br><br>v.<br><br>Sara N. Graham fka Sara N. Smith<br>Christopher S. Graham<br>                    Respondents<br>and<br>Ronda J. Winnecour, Trustee<br>                    Additional Respondent | MOTION NO. FILED UNDER LOCAL BANKRUPTCY RULE 9013.4 SECTION 6 |

**NOTICE OF MOTION OF US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

**US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST** has filed a **MOTION FOR RELIEF FROM AUTOMATIC STAY** with the court to permit foreclosure of a lien on real property located at **PROPERTY ADDRESS**.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **October 26, 2016** you or your attorney must do **all** of the following:

> (a) file an answer explaining your position at:
> U.S. Bankruptcy Court
> Western District of Pennsylvania
> Bankruptcy Clerk of Courts
> 600 Grant Street
> Pittsburgh, PA 15219

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's Attorney:
Matthew Gross, Esquire
DWALDMANLAW, P.C.
Attorneys for Movant
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
844-899-4162
844-882-4703 Fax

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Judge **Jeffrey A. Deller** on **November 4, 2016** at **10:00 AM, Courtroom B,** Penn Traffic Building, First Floor, 319 Washington St., Johnstown, PA 15901.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (814) 533-4246 to find out whether the hearing has been canceled because no one filed an answer.

By:   /s/ Matthew Gross
Matthew Gross, Esquire
DWALDMANLAW, P.C.
Attorneys for Movant
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
844-899-4162

Date:  October 11, 2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christopher S. Graham and Sara N. Graham | CHAPTER 13 |
| | CASE NO. 15-70664-JAD |
| Debtors | |
| US Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust | MOTION NO. FILED UNDER LOCAL BANKRUPTCY RULE 9013.4 SECTION 6 |
| v. | |
| Sara N. Graham fka Sara N. Smith<br>Christopher S. Graham<br><div align="right">Respondents</div>and<br>Ronda J. Winnecour, Trustee<br><div align="right">Additional Respondent</div> | |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Notice of Motion of Movant above for Relief from Automatic Stay, by First Class mail.[1]

**Date Served:** October 11, 2016

**Persons Served:**
Michael N. Vaporis
26 South Sixth Street
Indiana, PA 15701

Christopher S. Graham and Sara N. Graham
208 Carlisle St.
Homer City, PA 15748

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee, U.S. Trustee
Liberty Center
1001 Liberty Ave., Suite 970
Pittsburgh, PA 15222

---

1       Parties served by the court via ECF electronic notification are not also being served by regular mail.

By:  /s/ Matthew Gross

Matthew Gross, Esquire
DWALDMANLAW, P.C.
Attorneys for Movant
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
844-899-4162

Date: October 11, 2016