IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **CHRISTOPHER S. GRAHAM** and **SARA N. GRAHAM,** | : | Bankruptcy No. 15-70664-JAD |
| | : | |
| Debtors. | : | Chapter 7 |
| _____X | | |
| **US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST,** | : : : : | |
| Movant, | : | |
| v. | : | Doc. # 102 |
| | : | |
| **CHRISTOPHER S. GRAHAM** and **SARA N. GRAHAM,** and **RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,** | : : : | Related to Doc. # 96 |
| | : | |
| Respondents. | : | |
| _____X | | |

# ORDER

AND NOW, this **3rd** day of **November**, 2016, **IT APPEARING TO THE COURT** that a ***Withdrawal of Motion*** was filed by Movant on November 2, 2016, at Doc. # 102 in the above-captioned bankruptcy case;

**IT IS HEREBY ORDERED** that the **Motion For Relief From The Automatic Stay** filed by **US Bank Trust National Association, as Trustee of the PRP II Pals Investmentssss Trust** at **Doc. # 96**, is **DENIED AS WITHDRAWN.**

**IT IS FURTHER ORDERED** that the hearing regarding Doc. # 96, scheduled for **Friday, November 4, 2016**, at **10:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901, **IS CANCELLED.**

Jeffery A. Deller            mas
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Matthew Gross, Esquire
Christopher S. and Sara N/ Graham
Michael N. Vaporis, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
11/3/16 9:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher S Graham
Sara N Graham
    Debtors

Case No. 15-70664-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 1     Date Rcvd: Nov 03, 2016
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2016.
db/jdb         +Christopher S Graham,   Sara N Graham,   208 Carlisle St.,   Homer City, PA 15748-1331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance c/o Ascension Capital Group lmester@mesterschwartz.com,   jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
        Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance c/o Ascension Capital Group tshariff@schillerknapp.com,   tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
        Matthew Gross    on behalf of Creditor    US Bank Trust National Association as Trustee of the PRP II Pals Investment Trust matt@dwaldmanlaw.com
        Michael N. Vaporis    on behalf of Debtor Christopher S Graham mvaporis@comcast.net, jlcerovich@comcast.net
        Michael N. Vaporis    on behalf of Joint Debtor Sara N Graham mvaporis@comcast.net, jlcerovich@comcast.net
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                              TOTAL: 10