# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** CHRISTOPHER S & SARA N GRAHAM
**Case Number:** 15-70664-JAD  **Chapter:** 13

**Date / Time / Room:** FRIDAY, NOVEMBER 04, 2016 10:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Motion For Relief From The Automatic Stay filed by Nationstar Mortgage, LLC
- Response filed by Debtors 9/28/2016 at Doc. # 95  [Due 10/6/2016]
**R / M #:** 92 / 0

## Appearances:

CHAPTER 143 TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS: MICHAEL N. VAPORIS, ESQUIRE
CREDITOR: JOSHUA L. GOLDMAN, ESQUIRE

## Proceedings:

☑ Motion is GRANTED / ⓓ DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
  ___ For At Least ___ Days (Court To Issue Scheduling Order)
  ___ To Hearing Date Of _____ at _____ AM/PM at _____
  ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order - NONJURY / JURY
  ___ Simple / Pretrial Order - NONJURY / JURY
  ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
☑ OTHER:

✳ ORDER

The Motion is denied, without prejudice.

*[signature]*
11-4-2016

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
  Joshua L. Goldman, Esquire
  Michael N. Vaporis, Esquire

Page 1 of 1

FILED
11/7/16 1:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

9/29/2016   10:07:01AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher S Graham
Sara N Graham
     Debtors

Case No. 15-70664-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 1     Date Rcvd: Nov 07, 2016
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2016.
db/jdb        +Christopher S Graham,   Sara N Graham,   208 Carlisle St.,   Homer City, PA 15748-1331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                                                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2016 at the address(es) listed below:
        Andrew F Gornall   on behalf of Creditor   Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Joshua I. Goldman   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        Laurence A. Mester   on behalf of Creditor   Capital One Auto Finance c/o Ascension Capital Group lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
        Martin A. Mooney   on behalf of Creditor   Capital One Auto Finance c/o Ascension Capital Group tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
        Matthew Gross   on behalf of Creditor   US Bank Trust National Association as Trustee of the PRP II Pals Investment Trust matt@dwaldmanlaw.com
        Michael N. Vaporis   on behalf of Debtor Christopher S Graham mvaporis@comcast.net, jlcerovich@comcast.net
        Michael N. Vaporis   on behalf of Joint Debtor Sara N Graham mvaporis@comcast.net, jlcerovich@comcast.net
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                                                                         TOTAL: 10