IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN13 DISTRICT OF PENNSYLVANIA

In RE:

CHRISTOPHER S. GRAHAM and SARA N. GRAHAM, his wife
    Debtors
PEOPLES NATURAL GAS COMPANY, LLC
    Movant,
vs.
CHRISTOPHER S. GRAHAM and SARA N. GRAHAM, his wife, and RONDA J. WINNECOUR, ESQUIRE, Trustee
    Respondents.

) Bankruptcy No. 15-70664-JAD )
) Related to Docket Nos. 107 and 108
) Chapter 13
) Hearing Date: 3/8/17 @ 11:00 a.m.

## CONSENT ORDER OF COURT

AND NOW, to-wit, this ___1st___ day of ___Febry___, 2017, upon Motion of the Peoples Natural Gas Company, LLC, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Debtors have failed to pay their utility bills and/or security deposit to the Peoples Natural Gas Company, LLC as and when they became due post petition. The Peoples Natural Gas Company, LLC is entitled to be paid for this administrative claim and either to terminate utility service to the Debtors or be granted adequate assurance of future payment.

2. The Court finds that continued utility service is necessary for an effective reorganization by the Debtors. Therefore, the administrative claims of the Peoples Natural Gas Company, LLC as set forth in the foregoing Motion are hereby allowed and are to be paid through the Chapter 13 Plan. In addition, as further adequate assurance of payment, the Debtors are hereby ordered to hereafter make the monthly budget payment for utility service provided by Peoples Natural Gas Company, LLC through the Trustee as part of the Chapter 13 Plan. The budget payment as of the date of this Order is $83.00.

3. In order to pay the combined administrative claims and ongoing budget of the Peoples Natural Gas Company, LLC, the Plan payment must be increased. Distribution to Peoples Natural Gas Company, LLC must begin effective beginning in March of 2017.

    4.    To provide for the claims allowed in this Order, and to provide the ongoing budget as adequate assurance, the sum of $112.59 shall be distributed to Movant, the Peoples Natural Gas Company, LLC over the life of the Plan, and shall be paid at priority level three (3). The Trustee is hereby authorized and directed to make immediate interim distribution of the funds due to the Peoples Natural Gas Company, LLC.

    5.    If the ongoing budget required to maintain utility service to the Debtors should increase significantly, the monthly amount due on this long term continuing debt may be amended by Peoples Natural Gas Company, LLC in accord with its usual procedures upon notice to the Debtors or their attorney and the Chapter 13 Trustee. Whatever sums may remain due on the post petition account once this case has concluded will not be discharged, and remain the liability of the Debtors.

    6.    If the counsel for the Debtors has not consented to the Order by signing below, this Order is entered by Default subject to the Debtors' right to seek reconsideration of this Order, by written Motion, within twenty (20) days of the date of this Order.

    7.    Unless reconsideration of this Order is timely sought, the Debtor's counsel or the Debtor are hereby ordered to file an amended plan including Peoples Natural Gas Company, LLC as set forth in this Order within fifteen (15) days of the date of this Order. Debtor's counsel or Debtor shall simultaneously file an amended wage order which shall be in the amount required by the amended plan.

    8.    The Debtor's post petition account number is xxxxxxxx1600.

BY THE COURT:

_/s/_ 2-1-2017

*Jeffery A. Deller, Chief Judge*

Consented to by:

/s/ Allison B. Gordon
Allison B. Gordon, Esquire
Attorney for Debtors
Pa. I.D. No. 321059
Law Office of Michael N. Vaporis
26 S. Sixth Street
Indiana, PA 15701
724-465-5653
allison-gordon@comcast.net

/s/ S. James Wallace
S. James Wallace, Esquire
Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 28815
S. Jams Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233
412-652-9134
sjw@sjwpgh.com

FILED
2/1/17 1:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christopher S Graham  
Sara N Graham  
    Debtors

Case No. 15-70664-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7       User: gamr      Page 1 of 1      Date Rcvd: Feb 01, 2017  
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2017.  
db/jdb         +Christopher S Graham,    Sara N Graham,    208 Carlisle St.,    Homer City, PA 15748-1331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2017 at the address(es) listed below:  
       Allison B. Gordon    on behalf of Debtor Christopher S Graham gordonab.esq@gmail.com  
       Allison B. Gordon    on behalf of Joint Debtor Sara N Graham gordonab.esq@gmail.com  
       Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
       Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance c/o Ascension Capital Group lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
       Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance c/o Ascension Capital Group tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com  
       Matthew Gross    on behalf of Creditor    US Bank Trust National Association as Trustee of the PRP II Pals Investment Trust matt@dwaldmanlaw.com  
       Michael N. Vaporis    on behalf of Debtor Christopher S Graham mvaporis@comcast.net, jlcerovich@comcast.net  
       Michael N. Vaporis    on behalf of Joint Debtor Sara N Graham mvaporis@comcast.net, jlcerovich@comcast.net  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                        TOTAL: 12