UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Christopher S. Graham and | : | Case No. 15-70664-JAD |
| Sara N. Graham, | : | |
|     Debtors | : | |
| | : | Chapter 13 |
| Nationstar Mortgage, LLC, | : | |
|     Movant | : | Related to Claim No. 7 |
| v. | : | |
| | : | |
| Christopher S. Graham , and | : | Document No. |
| Sara N. Graham, and Ronda J. | : | |
| Winnecour, Trustee, | : | |
|     Respondents | : | |

### DECLARATION

Now come the Respondents Christopher S. Graham and Sara N. Graham, by and through their attorneys, and pursuant to the Order of this Court dated February 7, 2017, make this Declaration.

The existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

Respectfully submitted,

/s/Michael N. Vaporis
Michael N. Vaporis (46333)
Katrina M. Kayden (204563)
Law Offices of Michael N. Vaporis
26 South Sixth Street
Indiana, Pennsylvania 15701
(724) 465-5653
Attorney for Debtors/Respondents
Christopher S. and Sara N. Graham