**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Christopher S Graham**
**Sara N Graham**
**fka Sara N Smith**
   Debtor(s)

Bankruptcy Case No.: 15–70664–JAD
Doc. No. 117
Chapter: 13
Docket No.: 118 – 117
Concil. Conf.: April 13, 2017 at 10:30 AM

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the **17th** day of **February**, **2017**, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

   **first-class mail**

on the respondent(s) at (list names and addresses here):

   **on attached list**

Executed on **2/17/2017**          **/s/Jennifer Cerovich**
         (Date)                              (Signature)

**Jennifer Cerovich, Secretary to Michael N. Vaporis, 26 South 6th St., Indiana, PA 15701**
(Type Name and Mailing Address of Person Who Made Service)