PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **Christopher S. Graham and Sara N. Graham,** | : | Bankruptcy No.  **15-70664-JAD** |
| | : | |
| Debtor | : | Chapter  13 |
| | : | |
| **Sara N. Graham,** | : | Related to Document No. |
| Movant | : | |
| v. | : | Hearing Date and Time: |
| **UPMC Community Medicine Inc.,** | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF:**

__Order to Pay Trustee Pursuant to Wage Attachment and Notification of Debtor's Social Security Number_____

_____

**(Specify Document(s) Served)**

  I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) ____**2/21/2017**_____.

  The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: _____**first-class mail**_____.

  If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:   **2/21/2017**

               By:   /s/Jennifer Cerovich
               Jennifer Cerovich, Secretary to:
               Michael N. Vaporis (PA 46333)
               26 South Sixth Street
               Indiana, Pennsylvania 15701
               Phone: (724) 465-5653

**First class mail:**
**UPMC Community Medicine Inc., Payroll Dept., 200 Lothrop St., Pittsburgh, PA 15213**