# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>　Christopher S Graham and<br>　Sara N Graham,<br>　　　　Debtor(s) | *<br>*<br>*<br>*<br>* | Bankruptcy No. 15-70664-JAD<br><br>Chapter 13<br><br>Related To Doc. No.130 |
| Sara N Graham,<br>　　Movant(s)<br>　　　v.<br>DLP Conemaugh Memorial<br>Medical Center,<br>　　Respondent(s). | *<br>*<br>*<br>*<br>*<br>* | |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Movant having filed a Chapter 13 petition and the Movant having moved to attach wages to fund the Chapter 13 plan,

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Movant, receives income:

**DLP Conemaugh Memorial Medical Center
Attn: Payroll Department
1086 Franklin St.
Johnstown, PA 15905**

shall deduct from said income the sum of **$1,109.08** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Movant receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Movant, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

　　RONDA J. WINNECOUR
　　Chapter 13 Trustee, W.D. Pennsylvania
　　PO BOX 84051
　　CHICAGO, IL   60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Movant's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Movant shall serve this order and a copy of the Notification of Movant's Social Security number, Local Form No. 12 that includes the Movant's full Social Security number on the above named entity. Movant shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Movant, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Movant in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF MOVANT WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Movant for the administration of this attachment order, except as may be allowed upon application to and order of this Court

Dated: <u>May 5, 2017</u>

BY THE COURT:

Jeffery A. Deller       mas
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    John and Michelle Slater
    Michael N. Vaporis, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
5/5/17 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-70664-JAD
Christopher S Graham                                                  Chapter 13
Sara N Graham
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7            User: msch              Page 1 of 1              Date Rcvd: May 05, 2017
                                Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2017.
db/jdb         +Christopher S Graham,   Sara N Graham,   208 Carlisle St.,   Homer City, PA 15748-1331
14118109       +Conemaugh Memorial Medical Center,   Attn: Billing Dept.,   1086 Franklin St.,
                 Johnstown, PA 15905-4305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2017 at the address(es) listed below:
              Allison B. Gordon    on behalf of Debtor Christopher S Graham gordonab.esq@gmail.com
              Allison B. Gordon    on behalf of Joint Debtor Sara N Graham gordonab.esq@gmail.com
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance c/o Ascension Capital Group
               lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance c/o Ascension Capital Group
               tshariff@schillerknapp.com,  tshariff@ecf.courtdrive.com
              Matthew  Gross    on behalf of Creditor    US Bank Trust National Association as Trustee of the PRP
               II Pals Investment Trust matt@dwaldmanlaw.com
              Michael N. Vaporis    on behalf of Debtor Christopher S Graham mvaporis@comcast.net,
               jlcerovich@comcast.net
              Michael N. Vaporis    on behalf of Joint Debtor Sara N Graham mvaporis@comcast.net,
               jlcerovich@comcast.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 13