# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** CHRISTOPHER S & SARA N GRAHAM
**Case Number:** 15-70664-JAD     **Chapter:** 13
**Date / Time / Room:** THURSDAY, JUNE 29, 2017 11:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
7/3/17 9:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#117 - Final Confirmation of Plan Dated 2/6/2017 (FC)
R / M #: 117 / 0

### Appearances:

*Vapons* [handwritten]

Debtor:
Trustee:  Winnecour / Bedford / (Pail) / Katz

Creditor:

### Proceedings:

*Wallace — Peoples Gas* [handwritten]
*S. Fuloi — US Bank Trust* [handwritten]

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 7/20/17 at 2:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: