# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>    Christopher S. Graham and<br>    Sara N. Graham,<br>        Debtors | * * * * * | Bankruptcy No. 15-70664-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 135 |
| Sara N. Graham,<br>        Movant(s)<br>v.<br>DLP Conemaugh Memorial Medical,<br>        Respondent. | * * * * * | |

## ORDER TERMINATING WAGE ATTACHMENT

The above-named Movant having filed a Chapter 13 petition, and having moved to terminate the wage attachment,

IT IS, THEREFORE, ORDERED that the wage attachment for Movant, Sara N. Graham, with DLP Conemaugh Memorial Medical, 1086 Franklin St., Johnstown, PA 15905, is hereby Terminated and Ended.

Dated: September 29, 2017

BY THE COURT:

Jeffery A. Deller    mas
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Christopher S. and Sara N. Graham
    Michael N. Vaporis, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
9/29/17 7:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 15-70664-JAD
Christopher S Graham                                                Chapter 13
Sara N Graham
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: msch               Page 1 of 1           Date Rcvd: Sep 29, 2017
                              Form ID: pdf900          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.
```
db/jdb       +Christopher S Graham,   Sara N Graham,   208 Carlisle St.,   Homer City, PA 15748-1331
             +DLP Conemaugh Memorial Medical,   Attn: Payroll Department,   1086 Franklin Street,
               Johnstown, PA 15905-4305
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:
```
          Allison B. Gordon    on behalf of Debtor Christopher S Graham gordonab.esq@gmail.com
          Allison B. Gordon    on behalf of Joint Debtor Sara N Graham gordonab.esq@gmail.com
          Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance c/o Ascension Capital Group
           lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
          Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance c/o Ascension Capital Group
           tshariff@schillerknapp.com,  ahight@schillerknapp.com
          Matthew  Gross    on behalf of Creditor    US Bank Trust National Association as Trustee of the PRP
           II Pals Investment Trust matt@dwaldmanlaw.com
          Michael N. Vaporis    on behalf of Debtor Christopher S Graham mvaporis@comcast.net,
           jlcerovich@comcast.net
          Michael N. Vaporis    on behalf of Joint Debtor Sara N Graham mvaporis@comcast.net,
           jlcerovich@comcast.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 13
```