PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Christopher S. Graham and Sara N. Graham, | : | Bankruptcy No.  15-70664-JAD |
| | : | |
| Debtor | : | Chapter  13 |
| | : | |
| Sara N. Graham, | : | Related to Document No. |
| Movant | : | |
| v. | : | Hearing Date and Time: |
| DLP Conemaugh Memorial Medical Center, | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF:**

Order to Pay Trustee Pursuant to Wage Attachment and Notification of Debtor's Social Security Number

**(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below ~~or on the attached list~~ on (date)  **10/2/2017**  .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  **first-class mail**  .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  **10/2/2017**

By:  /s/Jennifer Cerovich
Jennifer Cerovich, Secretary to:
Michael N. Vaporis (PA 46333)
26 South Sixth Street
Indiana, Pennsylvania 15701
Phone: (724) 465-5653

Service by first-class mail:

LHC Group, Attn: Payroll Dept., 901 Hugh Willis St., Lafayette, LA 70508