# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | * | Bankruptcy No. 15-70664-JAD |
|     Christopher S Graham and | * | |
|     Sara N Graham, | * | Chapter 13 |
|                Debtor(s) | * | |
| | * | Related To Doc. No. 150 |
| Sara N Graham, | * | |
|     Movant(s) | * | |
|         v. | * | |
| Indiana Regional Medical Center | * | |
|     Respondent (s). | * | |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Movant having filed a Chapter 13 petition and the Movant having moved to attach wages to fund the Chapter 13 plan,

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Movant, receives income:

> **Indiana Regional Medical Center**
> **Attn: Payroll Department**
> **835 Hospital Rd.**
> **Indiana, PA 15701**

shall deduct from said income the sum of **$1,115** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Movant receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Movant, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> RONDA J. WINNECOUR
> Chapter 13 Trustee, W.D. Pennsylvania
> POB 84051
> CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Movant's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Movant shall serve this order and a copy of the Notification of Movant's Social Security number, Local Form No. 12 that includes the Movant's full Social Security number on the above named entity. Movant shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Movant, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Movant in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF MOVANT WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Movant for the administration of this attachment order, except as may be allowed upon application to and order of this Court.**

Dated: October 22, 2018

BY THE COURT:

Jeffery A. Deller
U.S. Bankruptcy Judge

mas

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

CASE ADMINISTRATOR SHALL SERVE:
Christopher S. and Sara N. Graham
Michaesl N. Vaporis, Esquire
Indiana Regional Medical Center
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
10/22/18 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-70664-JAD
Christopher S Graham                                                Chapter 13
Sara N Graham
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: msch              Page 1 of 1            Date Rcvd: Oct 22, 2018
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2018.
db/jdb         +Christopher S Graham,   Sara N Graham,   208 Carlisle St.,   Homer City, PA 15748-1331
               +Indiana Regional Medical Center,   Attn: Payroll Department,   835 Hospital Road,
                 Indiana, PA 15701-3629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
              Allison B. Gordon    on behalf of Debtor Christopher S Graham gordonab.esq@gmail.com
              Allison B. Gordon    on behalf of Joint Debtor Sara N Graham gordonab.esq@gmail.com
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance c/o Ascension Capital Group
               lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance c/o Ascension Capital Group
               ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Matthew  Gross    on behalf of Creditor    US Bank Trust National Association as Trustee of the PRP
               II Pals Investment Trust matt@dwaldmanlaw.com
              Michael N. Vaporis    on behalf of Debtor Christopher S Graham mvaporis@comcast.net,
               jlcerovich@comcast.net
              Michael N. Vaporis    on behalf of Joint Debtor Sara N Graham mvaporis@comcast.net,
               jlcerovich@comcast.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 13