**First Commonwealth Bank**
Central Offices: Indiana, PA 15701-0400

2230585

60-682/433

REMITTER: SARA GRAHAM         DATE 10/31/18

PAY TO THE ORDER OF: RONDA WINNECOUR

EXACTLY **5,000 AND 00/100 DOLLARS         $ *******5,000.00

## OFFICIAL CHECK

THE PURCHASE OF AN INDEMNITY BOND WILL BE REQUIRED BEFORE ANY OFFICIAL CHECK OF THIS BANK WILL BE REPLACED OR REFUNDED IN THE EVENT IT IS LOST, MISPLACED, OR STOLEN.



AUTHORIZED SIGNATURE

⑈002230585⑈ ⑆043306826⑆ 0019900208⑈

**First Commonwealth Bank**
Central Offices: Indiana, PA 15701-0400

2230585

REMITTER: SARA GRAHAM         DATE 10/31/18

RONDA WINNECOUR

EXACTLY **5,000 AND 00/100 DOLLARS         $ *******5,000.00

CUSTOMER - FILE COPY

## OFFICIAL CHECK

AUTHORIZED SIGNATURE

**NOT NEGOTIABLE**

5423