UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/4/19 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:
CHRISTOPHER S GRAHAM
SARA N GRAHAM
        Debtor(s)
Ronda J. Winnecour, Trustee
        Movant
  vs.
CHRISTOPHER S GRAHAM
SARA N GRAHAM
        Respondent(s)

Case No. 15-70664JAD
Chapter 13

Related to Document No. 147

## ORDER

AND NOW, this __4th__ day of __March__, 20__19__, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

Motion Withdrawn Per confirmation of plan.

_____
JEFFERY A DELLER   jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher S Graham
Sara N Graham
    Debtors

Case No. 15-70664-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: jhel     Page 1 of 2     Date Rcvd: Mar 04, 2019
                 Form ID: pdf900     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.

```
db/jdb         +Christopher S Graham,    Sara N Graham,    208 Carlisle St.,    Homer City, PA 15748-1331
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
sp             +Thomas C. Baumann,    Law Office of Abes Baumann, PC,    810 Penn Avenue, 5th Floor,
                 Pittsburgh, PA 15222-3614
cr             +US Bank Trust National Association as Trustee of t,    c/o Law Offices of Damian G. Waldman, PA,
                 10333 Seminole Blvd. Unit 1 & 2,    Seminole, FL 33778-4204
14118102        AES Loan Servicing,    PO Box 2461,    Harrisburg, PA 17105-2461
14118106       +Chatham College,    1 Woodland Rd.,    Pittsburgh, PA 15229-1232
14118109       +Conemaugh Memorial Medical Center,    Attn: Billing Dept.,    1086 Franklin St.,
                 Johnstown, PA 15905-4305
14118111        FedLoan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
14118112        First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
14118114       +HSBC Bank USA,   N.A.,    P.O. Box 2013,    Buffalo, NY 14240-2013
14118113       +Holiday Financial Service,    2340 Warren Rd #205,    Indiana, PA 15701-2413
14118115       +Indiana Regional Medical Center,    835 Hospital Rd.,    PO Box 788,    Indiana, PA 15701-0788
14118116       +KML Law Group P.C.,    Ste 5000 - BNY Independence Ctr,    701 Market St.,
                 Philadelphia, PA 19106-1538
14117828       +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    PO Box 2036,
                 Warren, MI 48090-2036
14111958      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    350 Highland Dr.,    Lewisville, TX 75067)
14118120      #+Penn Credit Corp.,    916 South 14th St.,    Harrisburg, PA 17104-3425
14118122        Santander Consumer USA,    PO Box 560284,    Dallas, TX 75356-0284
14118123        Sterling Jewelers Inc.,    d/b/a Kay Jewelers,    P.O. Box 3680,    Akron, OH 44309-3680
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 05 2019 02:54:57
                 Capital One Auto Finance c/o Ascension Capital Gro,    c/o AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14118103        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 05 2019 02:46:27
                 Asset Acceptance Capital Corp.,    P.O. Box 2036,    Warren, MI 48090-2036
14118104        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 05 2019 02:54:42
                 Capital One Auto Finance,    7933 Preston Road,    Plano, TX 75024-2302
14131553       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 05 2019 02:54:41
                 Capital One Auto Finance,c/o AIS Portfolio Service,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14133616        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 05 2019 02:54:40
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14118105       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 05 2019 02:54:40
                 Capital One Card Services,    PO Box 30285,    Salt Lake City, UT 84130-0285
14118108        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 05 2019 02:46:13       Comenity Bank,
                 PO Box 182125,    Columbus, OH 43218-2125
14118110        E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 05 2019 02:46:50
                 Credit Management Co,    2121 Noblestown Rd.,    PO Box 16346,    Pittsburgh, PA 15242-0346
14118119       +E-mail/PDF: cbp@onemainfinancial.com Mar 05 2019 02:54:38       One Main Financial,
                 475 Ben Franklin Rd. S S64,    Indiana, PA 15701-2347
14118121        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2019 02:54:58
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd,    Norfolk, VA 23502
14179702        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2019 02:54:25
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14149421        E-mail/Text: bnc-quantum@quantum3group.com Mar 05 2019 02:46:17
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14149517        E-mail/Text: bnc-quantum@quantum3group.com Mar 05 2019 02:46:17
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
14131577       +E-mail/Text: ecf@buckleyking.com Mar 05 2019 02:46:00
                 Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,
                 600 Superior Avenue East, Suite 1400,    Cleveland, Ohio 44114-2693
14118124        E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 02:54:21       Synchrony Bank,
                 Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 15
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr              Nationstar Mortgage LLC
14118118*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    350 Highland Dr.,    Lewisville, TX 75067)
14145997*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
```

```
District/off: 0315-7          User: jhel              Page 2 of 2              Date Rcvd: Mar 04, 2019
                              Form ID: pdf900         Total Noticed: 33

14118107      ##+Collection Service Center,   PO Box 68,   Altoona PA, PA 16603-0068
14118117      ##+Michael F Ratchford, Esquire,    Edwin A Abrahamsen & Associates,    120 N Keyser Ave.,
                 Scranton, PA 18504-9701
                                                                                         TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
              Allison B. Gordon    on behalf of Debtor Christopher S Graham gordonab.esq@gmail.com
              Allison B. Gordon    on behalf of Joint Debtor Sara N Graham gordonab.esq@gmail.com
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Laurence A. Mester     on behalf of Creditor    Capital One Auto Finance c/o Ascension Capital Group
               lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance c/o Ascension Capital Group
               ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Matthew Gross    on behalf of Creditor    US Bank Trust National Association as Trustee of the PRP
               II Pals Investment Trust matt@dwaldmanlaw.com
              Michael N. Vaporis    on behalf of Joint Debtor Sara N Graham mvaporis@comcast.net,
               jlcerovich@comcast.net
              Michael N. Vaporis    on behalf of Debtor Christopher S Graham mvaporis@comcast.net,
               jlcerovich@comcast.net
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 13