PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Christopher S. Graham and Sara N. Graham, | : | Bankruptcy No.   15-70664-JAD |
| | : | |
| Debtor | : | Chapter   13 |
| | : | |
| Sara N. Graham, | : | Related to Document No. |
| Movant | : | |
| v. | : | Hearing Date and Time: |
| Indiana Regional Medical Center, | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF:**

Order to Pay Trustee Pursuant to Wage Attachment and Notification of Debtor's Social Security Number

_____
**(Specify Document(s) Served)**

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) _____March 15, 2019_____.

     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:   __first-class mail_____.

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:   3/15/2019

                                            By:   /s/Jennifer Cerovich
                                                Jennifer Cerovich, Secretary to:
                                                Michael N. Vaporis (PA 46333)
                                                26 South Sixth Street
                                                Indiana, Pennsylvania 15701
                                                Phone: (724) 465-5653

Service by first class mail
Indiana Regional Medical Center, 835 Hospital Road, Indiana, PA 15701