FILED
3/13/19 6:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | * | Bankruptcy No. 15-70664-JAD |
| Christopher S Graham and | * | |
| Sara N Graham, | * | Chapter 13 |
| Debtor(s) | * | |
| _____ | * | Related To Doc. No. 173 |
| Sara N Graham, | * | |
| Movant(s) | * | |
| v. | * | |
| Indiana Regional Medical Center | * | |
| Respondent (s). | * | |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Movant having filed a Chapter 13 petition and the Movant having moved to attach wages to fund the Chapter 13 plan,

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Movant, receives income:

**Indiana Regional Medical Center**
**Attn: Payroll Department**
**835 Hospital Rd.**
**Indiana, PA 15701**

shall deduct from said income the sum of **$1,575.23** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Movant receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Movant, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
Chapter 13 Trustee, W.D. Pennsylvania
POB 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Movant's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Movant shall serve this order and a copy of the Notification of Movant's Social Security number, Local Form No. 12 that includes the Movant's full Social Security number on the above named entity. Movant shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Movant, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Movant in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF MOVANT WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Movant for the administration of this attachment order, except as may be allowed upon application to and order of this Court **

Dated: March 13, 2019            BY THE COURT:

_____
Jeffery A. Deller
U.S. Bankruptcy Judge

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher S Graham
Sara N Graham
    Debtors

Case No. 15-70664-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: msch      Page 1 of 1      Date Rcvd: Mar 13, 2019
                    Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.
db/jdb      +Christopher S Graham,    Sara N Graham,    208 Carlisle St.,    Homer City, PA 15748-1331
                +Indiana Regional Medical Center,    Attn: Payroll Department,    835 Hospital Road,
                 Indiana, PA 15701-3629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
         Allison B. Gordon     on behalf of Debtor Christopher S Graham gordonab.esq@gmail.com
         Allison B. Gordon     on behalf of Joint Debtor Sara N Graham gordonab.esq@gmail.com
         Andrew F Gornall     on behalf of Creditor     Nationstar Mortgage LLC andygornall@latouflawfirm.com
         James     Warmbrodt     on behalf of Creditor     Nationstar Mortgage LLC bkgroup@kmllawgroup.com
         Joshua I. Goldman     on behalf of Creditor     Nationstar Mortgage LLC bkgroup@kmllawgroup.com
         Laurence A. Mester     on behalf of Creditor     Capital One Auto Finance c/o Ascension Capital Group
          lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
         Martin A. Mooney     on behalf of Creditor     Capital One Auto Finance c/o Ascension Capital Group
          ahight@schillerknapp.com,
          kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
         Matthew     Gross     on behalf of Creditor     US Bank Trust National Association as Trustee of the PRP
          II Pals Investment Trust matt@dwaldmanlaw.com
         Michael N. Vaporis     on behalf of Debtor Christopher S Graham mvaporis@comcast.net,
          jlcerovich@comcast.net
         Michael N. Vaporis     on behalf of Joint Debtor Sara N Graham mvaporis@comcast.net,
          jlcerovich@comcast.net
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
         S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
         TOTAL: 13