IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: : | | Bankruptcy No. 15-70664-JAD |
|    Christopher S. Graham and Sara N. Graham, : | | |
|       Debtor(s) : | | |
| : | | Chapter 13 |
| Trustee, or Debtors(s), Movant : | | |
|    Christopher S. Graham and Sara N. Graham, : | | |
|       v. : | | |
|    No Respondents, : | | |
| Respondents : | | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 11/19/2015, at docket number 34, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*): Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: 1/21/2021     By:   /s/Michael N Vaporis
                           Michael N. Vaporis, PA 46333
                           26 South 6th St., Indiana, PA 157010
                           mvaporis@comcast.net
                           724-465-5653

**PAWB Local Form 24 (07/13)**