**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/20/21 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
CHRISTOPHER S. GRAHAM and
SARA N. GRAHAM
    Debtor(s)
 Ronda J. Winnecour, Trustee
  Movant
   vs.
CHRISTOPHER S. GRAHAM and
SARA N. GRAHAM

    Respondents

Bankruptcy No. 15-70664-JAD

Chapter 13

Related To Doc. No. 187

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 20th day of January, 2021, it is hereby ORDERED, ADJUDGED and DECREED that,

    Indiana Regional Medical Center
    Attn: Payroll Manager
    835 Hospital Drive
    Indiana, PA 15701

is hereby ordered to immediately terminate the attachment of the wages of SARA N. GRAHAM, social security number XXX-XX-3586. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SARA N. GRAHAM.

BY THE COURT:

_____ mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70664-JAD |
| Christopher S Graham | Chapter 13 |
| Sara N Graham | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 1 of 2 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher S Graham, 208 Carlisle St., Homer City, PA 15748-1331 |
| | + | Indiana Regional Medical Center, Attn: Payroll Manager, 835 Hospital Drive, Indiana, PA 15701-3629 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison B. Gordon | on behalf of Debtor Christopher S Graham gordonab.esq@gmail.com |
| Allison B. Gordon | on behalf of Joint Debtor Sara N Graham gordonab.esq@gmail.com |
| Andrew F Gornall | on behalf of Creditor Nationstar Mortgage LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com |

Case 15-70664-JAD    Doc 194    Filed 01/22/21    Entered 01/23/21 00:46:44    Desc
Imaged Certificate of Notice    Page 3 of 3

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 2 of 2 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 2 |

kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance c/o Ascension Capital Group lmester@mesterschwartz.com jschwartz@mesterschwartz.com

Maria Miksich
    on behalf of Creditor Nationstar Mortgage LLC mmiksich@kmllawgroup.com

Martin A. Mooney
    on behalf of Creditor Capital One Auto Finance c/o Ascension Capital Group kcollins@schillerknapp.com lgadomski@schillerknapp.com

Matthew Gross
    on behalf of Creditor US Bank Trust National Association as Trustee of the PRP II Pals Investment Trust matt@dwaldmanlaw.com

Michael N. Vaporis
    on behalf of Debtor Christopher S Graham mvaporis@comcast.net jlcerovich@comcast.net

Michael N. Vaporis
    on behalf of Joint Debtor Sara N Graham mvaporis@comcast.net jlcerovich@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 14