**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/20/21 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
CHRISTOPHER S. GRAHAM and
SARA N. GRAHAM
       Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
      vs.
CHRISTOPHER S. GRAHAM and
SARA N. GRAHAM

      Respondents

Bankruptcy No. 15-70664-JAD

Chapter 13

Related To Doc. No. 189

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 20th day of January, 2021, it is hereby ORDERED, ADJUDGED and DECREED that,

UPMC Community Medicine
Attn: Payroll Manager
200 Lothrop Street
Pittsburgh, PA 15213

is hereby ordered to immediately terminate the attachment of the wages of SARA N. GRAHAM, social security number XXX-XX-3586. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SARA N. GRAHAM.

BY THE COURT:

_____
JEFFERY A. DELLER   mas
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70664-JAD |
| Christopher S Graham | Chapter 13 |
| Sara N Graham | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 1 of 2 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

**Recip ID    Recipient Name and Address**
db/jdb    + Christopher S Graham, Sara N Graham, 208 Carlisle St., Homer City, PA 15748-1331

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: BankruptcyNotice@upmc.edu | Jan 21 2021 04:49:00 | UPMC Community Medicine, Attn: Payroll Manager, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2021           Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison B. Gordon | on behalf of Debtor Christopher S Graham gordonab.esq@gmail.com |
| Allison B. Gordon | on behalf of Joint Debtor Sara N Graham gordonab.esq@gmail.com |
| Andrew F Gornall | on behalf of Creditor Nationstar Mortgage LLC andygornall@latouflawfirm.com |

District/off: 0315-7 User: msch Page 2 of 2
Date Rcvd: Jan 20, 2021 Form ID: pdf900 Total Noticed: 2

Brian Nicholas
    on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com
    kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance c/o Ascension Capital Group lmester@mesterschwartz.com
    jschwartz@mesterschwartz.com

Maria Miksich
    on behalf of Creditor Nationstar Mortgage LLC mmiksich@kmllawgroup.com

Martin A. Mooney
    on behalf of Creditor Capital One Auto Finance c/o Ascension Capital Group kcollins@schillerknapp.com
    lgadomski@schillerknapp.com

Matthew Gross
    on behalf of Creditor US Bank Trust National Association as Trustee of the PRP II Pals Investment Trust
    matt@dwaldmanlaw.com

Michael N. Vaporis
    on behalf of Debtor Christopher S Graham mvaporis@comcast.net jlcerovich@comcast.net

Michael N. Vaporis
    on behalf of Joint Debtor Sara N Graham mvaporis@comcast.net jlcerovich@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 14