Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Christopher S Graham
Sara N Graham
fka Sara N Smith**
   Debtor(s)

Bankruptcy Case No.: 15−70664−JAD
Related To Doc. No. 200
Chapter: 13
Docket No.: 201 − 200

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 22nd of February, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/23/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/2/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/23/21.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christopher S Graham  
Sara N Graham  
    Debtors

Case No. 15-70664-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: msch      Page 1 of 3  
Date Rcvd: Feb 22, 2021      Form ID: 408      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher S Graham, Sara N Graham, 208 Carlisle St., Homer City, PA 15748-1331 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| sp | + | Thomas C. Baumann, Law Office of Abes Baumann, PC, 810 Penn Avenue, 5th Floor, Pittsburgh, PA 15222-3614 |
| cr | + | US Bank Trust National Association as Trustee of t, c/o Law Offices of Damian G. Waldman, PA, 10333 Seminole Blvd. Unit 1 & 2, Seminole, FL 33778-4204 |
| 14118102 | | AES Loan Servicing, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14118106 | + | Chatham College, 1 Woodland Rd., Pittsburgh, PA 15229-1232 |
| 14118107 | + | Collection Service Center, PO Box 68, Altoona PA, PA 16603-0068 |
| 14118109 | + | Conemaugh Memorial Medical Center, Attn: Billing Dept., 1086 Franklin St., Johnstown, PA 15905-4305 |
| 14118111 | | FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14118112 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14118114 | + | HSBC Bank USA, N.A., P.O. Box 2013, Buffalo, NY 14240-2013 |
| 14118113 | + | Holiday Financial Service, 2340 Warren Rd #205, Indiana, PA 15701-2413 |
| 14118115 | + | Indiana Regional Medical Center, 835 Hospital Rd., PO Box 788, Indiana, PA 15701-0788 |
| 14118116 | + | KML Law Group P.C., Ste 5000 - BNY Independence Ctr, 701 Market St., Philadelphia, PA 19106-1541 |
| 14118117 | + | Michael F Ratchford, Esquire, Edwin A Abrahamsen & Associates, 120 N Keyser Ave., Scranton, PA 18504-9701 |
| 14117828 | + | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 14111958 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Dr., Lewisville, TX 75067 |
| 14118122 | | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14118123 | | Sterling Jewelers Inc., d/b/a Kay Jewelers, P.O. Box 3680, Akron, OH 44309-3680 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 23 2021 01:35:28 | Capital One Auto Finance c/o Ascension Capital Gro, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14118103 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Feb 23 2021 02:00:00 | Asset Acceptance Capital Corp., P.O. Box 2036, Warren, MI 48090-2036 |
| 14118104 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Feb 23 2021 01:37:20 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14131553 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 23 2021 01:35:28 | Capital One Auto Finance,c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14133616 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 23 2021 01:39:10 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14118105 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

Case 15-70664-JAD  Doc 202  Filed 02/24/21  Entered 02/25/21 00:47:52  Desc
Imaged Certificate of Notice  Page 3 of 4

| District/off: 0315-7 | User: msch | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 22, 2021 | Form ID: 408 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Feb 23 2021 01:35:26 | Capital One Card Services, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14118108 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2021 01:59:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14118110 | | Email/Text: bdsupport@creditmanagementcompany.com | Feb 23 2021 02:00:00 | Credit Management Co, 2121 Noblestown Rd., PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14118119 | + | Email/PDF: cbp@onemainfinancial.com | Feb 23 2021 01:35:24 | One Main Financial, 475 Ben Franklin Rd. S S64, Indiana, PA 15701-2347 |
| 14118121 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2021 01:37:19 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14179702 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2021 01:37:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14149517 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2021 01:59:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14149421 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2021 01:59:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14131577 | + | Email/Text: ecf@buckleyking.com | Feb 23 2021 01:59:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14118124 | | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 01:37:15 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Nationstar Mortgage LLC |
| 14118118 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, 350 Highland Dr., Lewisville, TX 75067 |
| 14145997 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14118120 | ##+ | Penn Credit Corp., 916 South 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2021        Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 3 of 3 |
| Date Rcvd: Feb 22, 2021 | Form ID: 408 | Total Noticed: 34 |

| Name | Email Address |
|---|---|
| Allison B. Gordon | on behalf of Debtor Christopher S Graham gordonab.esq@gmail.com |
| Allison B. Gordon | on behalf of Joint Debtor Sara N Graham gordonab.esq@gmail.com |
| Andrew F Gornall | on behalf of Creditor Nationstar Mortgage LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance c/o Ascension Capital Group lmester@mesterschwartz.com jschwartz@mesterschwartz.com |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC mmiksich@kmllawgroup.com |
| Martin A. Mooney | on behalf of Creditor Capital One Auto Finance c/o Ascension Capital Group kcollins@schillerknapp.com lgadomski@schillerknapp.com |
| Matthew Gross | on behalf of Creditor US Bank Trust National Association as Trustee of the PRP II Pals Investment Trust matt@dwaldmanlaw.com |
| Michael N. Vaporis | on behalf of Joint Debtor Sara N Graham mvaporis@comcast.net  jlcerovich@comcast.net |
| Michael N. Vaporis | on behalf of Debtor Christopher S Graham mvaporis@comcast.net  jlcerovich@comcast.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 14