**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER S GRAHAM<br>SARA N GRAHAM<br>   Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>   Movant<br>  vs.<br>No Respondents. | Case No.:15-70664 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

 **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| February 22, 2021 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 09/24/2015  and confirmed on 4/26/16 .  The case was subsequently         Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 134,819.06 |
| Less Refunds to Debtor | | 3,246.71 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 131,572.35 |
| Administrative Fees | | | | |
|     Filing Fee | | 0.00 | | |
|     Notice Fee | | 0.00 | | |
|     Attorney Fee | | 2,000.00 | | |
|     Trustee Fee | | 6,495.03 | | |
|     Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 8,495.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|     NATIONSTAR MORTGAGE LLC(*) | 0.00 | 57,163.92 | 0.00 | 57,163.92 |
|         Acct: 4713 | | | | |
|     NATIONSTAR MORTGAGE LLC(*) | 12,219.35 | 12,219.35 | 0.00 | 12,219.35 |
|         Acct: 4713 | | | | |
|     STERLING JEWELERS INC D/B/A KAY JEW | 1,715.49 | 1,715.49 | 495.60 | 2,211.09 |
|         Acct: 0532 | | | | |
|     QUANTUM3 GROUP LLC AGNT - SADINO | 168.81 | 168.81 | 0.00 | 168.81 |
|         Acct: 8524 | | | | |
|     CAPITAL ONE AUTO FINANCE** | 9,165.00 | 9,165.00 | 1,380.03 | 10,545.03 |
|         Acct: 2472 | | | | |
|     CAPITAL ONE AUTO FINANCE** | 20,854.89 | 20,854.89 | 14,515.50 | 35,370.39 |
|         Acct: 8796 | | | | |
|     HOLIDAY FINANCIAL SERVICE | 100.00 | 100.00 | 7.00 | 107.00 |
|         Acct: 052X | | | | |
| | | | | 117,785.59 |
| **Priority** | | | | |
|     MICHAEL N VAPORIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     CHRISTOPHER S GRAHAM | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     CHRISTOPHER S GRAHAM | 3,246.71 | 3,246.71 | 0.00 | 0.00 |
|         Acct: | | | | |
|     LAW OFFICE OF MICHAEL N VAPORIS | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MICHAEL N VAPORIS ESQ | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 0.00 | 5,291.73 | 0.00 | 5,291.73 |
|         Acct: 1600 | | | | |
| | | | | 5,291.73 |
| **Unsecured** | | | | |
|     MIDLAND CREDIT MANAGEMENT INC - AC | 1,170.94 | 0.00 | 0.00 | 0.00 |
|         Acct: 2672 | | | | |
|     CAPITAL ONE BANK (USA) NA BY AMERIC | 481.23 | 0.00 | 0.00 | 0.00 |

15-70664 JAD                                                                                                Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4055 | | | | |
| | CHATHAM COLLEGE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX6REX | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 456.59 | 0.00 | 0.00 | 0.00 |
| | Acct: 7042 | | | | |
| | CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXX802X | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX7922 | | | | |
| | INDIANA REGIONAL MEDICAL CNTR | 4,012.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 1165 | | | | |
| | INDIANA REGIONAL MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 8,707.05 | 0.00 | 0.00 | 0.00 |
| | Acct: 3436 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXX733X | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXX601X | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXX737X | | | | |
| | CAPITAL ONE AUTO FINANCE - DIV CAPIT | 3,348.76 | 0.00 | 0.00 | 0.00 |
| | Acct: 2472 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                   123,077.32

TOTAL CLAIMED
  PRIORITY         0.00
  SECURED      44,223.54
  UNSECURED    18,176.58

Date: 02/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CHRISTOPHER S GRAHAM
    SARA N GRAHAM
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:15-70664 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                     Case No. 15-70664-JAD

Christopher S Graham                                                                      Chapter 13

Sara N Graham

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                                                     User: msch                                                                            Page 1 of 3

Date Rcvd: Feb 22, 2021                                         Form ID: pdf900                                          Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher S Graham, Sara N Graham, 208 Carlisle St., Homer City, PA 15748-1331 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| sp | + | Thomas C. Baumann, Law Office of Abes Baumann, PC, 810 Penn Avenue, 5th Floor, Pittsburgh, PA 15222-3614 |
| cr | + | US Bank Trust National Association as Trustee of t, c/o Law Offices of Damian G. Waldman, PA, 10333 Seminole Blvd. Unit 1 & 2, Seminole, FL 33778-4204 |
| 14118102 | | AES Loan Servicing, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14118106 | + | Chatham College, 1 Woodland Rd., Pittsburgh, PA 15229-1232 |
| 14118107 | + | Collection Service Center, PO Box 68, Altoona PA, PA 16603-0068 |
| 14118109 | + | Conemaugh Memorial Medical Center, Attn: Billing Dept., 1086 Franklin St., Johnstown, PA 15905-4305 |
| 14118111 | | FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14118112 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14118114 | + | HSBC Bank USA, N.A., P.O. Box 2013, Buffalo, NY 14240-2013 |
| 14118113 | + | Holiday Financial Service, 2340 Warren Rd #205, Indiana, PA 15701-2413 |
| 14118115 | + | Indiana Regional Medical Center, 835 Hospital Rd., PO Box 788, Indiana, PA 15701-0788 |
| 14118116 | + | KML Law Group P.C., Ste 5000 - BNY Independence Ctr, 701 Market St., Philadelphia, PA 19106-1541 |
| 14118117 | + | Michael F Ratchford, Esquire, Edwin A Abrahamsen & Associates, 120 N Keyser Ave., Scranton, PA 18504-9701 |
| 14117828 | + | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 14111958 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Dr., Lewisville, TX 75067 |
| 14118122 | | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14118123 | | Sterling Jewelers Inc., d/b/a Kay Jewelers, P.O. Box 3680, Akron, OH 44309-3680 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 23 2021 01:35:28 | Capital One Auto Finance c/o Ascension Capital Gro, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14118103 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Feb 23 2021 02:00:00 | Asset Acceptance Capital Corp., P.O. Box 2036, Warren, MI 48090-2036 |
| 14118104 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Feb 23 2021 01:37:21 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14131553 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 23 2021 01:35:28 | Capital One Auto Finance,c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14133616 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 23 2021 01:35:26 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14118105 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

| District/off: 0315-7 | User: msch | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2021 | Form ID: pdf900 | Total Noticed: 34 |

|  |  |  |  |
|---|---|---|---|
|  |  | Feb 23 2021 01:37:17 | Capital One Card Services, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14118108 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2021 01:59:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14118110 | Email/Text: bdsupport@creditmanagementcompany.com | Feb 23 2021 02:00:00 | Credit Management Co, 2121 Noblestown Rd., PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14118119 | + Email/PDF: cbp@onemainfinancial.com | Feb 23 2021 01:39:08 | One Main Financial, 475 Ben Franklin Rd. S S64, Indiana, PA 15701-2347 |
| 14118121 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2021 01:39:12 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14179702 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2021 01:37:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14149517 | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2021 01:59:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14149421 | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2021 01:59:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14131577 | + Email/Text: ecf@buckleyking.com | Feb 23 2021 01:59:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14118124 | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 01:37:15 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Nationstar Mortgage LLC |
| 14118118 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, 350 Highland Dr., Lewisville, TX 75067 |
| 14145997 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14118120 | ##+ | Penn Credit Corp., 916 South 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 3 of 3 |
| Date Rcvd: Feb 22, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| Name | Email Address |
|---|---|
| Allison B. Gordon | on behalf of Debtor Christopher S Graham gordonab.esq@gmail.com |
| Allison B. Gordon | on behalf of Joint Debtor Sara N Graham gordonab.esq@gmail.com |
| Andrew F Gornall | on behalf of Creditor Nationstar Mortgage LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance c/o Ascension Capital Group lmester@mesterschwartz.com jschwartz@mesterschwartz.com |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC mmiksich@kmllawgroup.com |
| Martin A. Mooney | on behalf of Creditor Capital One Auto Finance c/o Ascension Capital Group kcollins@schillerknapp.com lgadomski@schillerknapp.com |
| Matthew Gross | on behalf of Creditor US Bank Trust National Association as Trustee of the PRP II Pals Investment Trust matt@dwaldmanlaw.com |
| Michael N. Vaporis | on behalf of Joint Debtor Sara N Graham mvaporis@comcast.net  jlcerovich@comcast.net |
| Michael N. Vaporis | on behalf of Debtor Christopher S Graham mvaporis@comcast.net  jlcerovich@comcast.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 14