| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christopher S Graham** | Social Security number or ITIN   xxx–xx–0568 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Sara N Graham** | Social Security number or ITIN   xxx–xx–3586 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **15–70664–JAD** | | |

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher S Graham                                        Sara N Graham
                                                             fka Sara N Smith

3/24/21                                                **By the court:**   Jeffery A. Deller
                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70664-JAD |
| Christopher S Graham | Chapter 13 |
| Sara N Graham | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: culy | Page 1 of 3 |
| Date Rcvd: Mar 24, 2021 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher S Graham, Sara N Graham, 208 Carlisle St., Homer City, PA 15748-1331 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| sp | + | Thomas C. Baumann, Law Office of Abes Baumann, PC, 810 Penn Avenue, 5th Floor, Pittsburgh, PA 15222-3614 |
| cr | + | US Bank Trust National Association as Trustee of t, c/o Law Offices of Damian G. Waldman, PA, 10333 Seminole Blvd. Unit 1 & 2, Seminole, FL 33778-4204 |
| 14118102 | | AES Loan Servicing, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14118106 | + | Chatham College, 1 Woodland Rd., Pittsburgh, PA 15229-1232 |
| 14118107 | + | Collection Service Center, PO Box 68, Altoona PA, PA 16603-0068 |
| 14118109 | + | Conemaugh Memorial Medical Center, Attn: Billing Dept., 1086 Franklin St., Johnstown, PA 15905-4305 |
| 14118111 | | FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14118113 | + | Holiday Financial Service, 2340 Warren Rd #205, Indiana, PA 15701-2413 |
| 14118115 | + | Indiana Regional Medical Center, 835 Hospital Rd., PO Box 788, Indiana, PA 15701-0788 |
| 14118116 | + | KML Law Group P.C., Ste 5000 - BNY Independence Ctr, 701 Market St., Philadelphia, PA 19106-1541 |
| 14118117 | + | Michael F Ratchford, Esquire, Edwin A Abrahamsen & Associates, 120 N Keyser Ave., Scranton, PA 18504-9701 |
| 14117828 | + | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 14111958 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Dr., Lewisville, TX 75067 |
| 14118123 | | Sterling Jewelers Inc., d/b/a Kay Jewelers, P.O. Box 3680, Akron, OH 44309-3680 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 25 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2021 04:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 25 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2021 04:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Mar 25 2021 03:13:00 | Capital One Auto Finance c/o Ascension Capital Gro, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14118103 | | EDI: ACCE.COM | Mar 25 2021 03:13:00 | Asset Acceptance Capital Corp., P.O. Box 2036, Warren, MI 48090-2036 |
| 14118104 | | EDI: CAPONEAUTO.COM | Mar 25 2021 03:13:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14131553 | + | EDI: AISACG.COM | Mar 25 2021 03:13:00 | Capital One Auto Finance,c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14133616 | | EDI: CAPITALONE.COM | Mar 25 2021 03:13:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14118105 | + | EDI: CAPITALONE.COM | Mar 25 2021 03:13:00 | Capital One Card Services, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14118108 | | EDI: WFNNB.COM | Mar 25 2021 03:13:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14118110 | | Email/Text: bdsupport@creditmanagementcompany.com | Mar 25 2021 04:44:00 | Credit Management Co, 2121 Noblestown Rd., PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14118112 | | EDI: AMINFOFP.COM | Mar 25 2021 03:13:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14118114 | + | EDI: HFC.COM | Mar 25 2021 03:13:00 | HSBC Bank USA, N.A., P.O. Box 2013, Buffalo, NY 14240-2013 |
| 14118119 | + | EDI: AGFINANCE.COM | Mar 25 2021 03:13:00 | One Main Financial, 475 Ben Franklin Rd. S S64, Indiana, PA 15701-2347 |
| 14118121 | | EDI: PRA.COM | Mar 25 2021 03:13:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14179702 | | EDI: PRA.COM | Mar 25 2021 03:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14149517 | | EDI: Q3G.COM | Mar 25 2021 03:13:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14149421 | | EDI: Q3G.COM | Mar 25 2021 03:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14118122 | | EDI: DRIV.COM | Mar 25 2021 03:13:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14131577 | + | Email/Text: ecf@buckleyking.com | Mar 25 2021 04:43:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14118124 | | EDI: RMSC.COM | Mar 25 2021 03:13:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| 14118118 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, 350 Highland Dr., Lewisville, TX 75067 |
| 14145997 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14118120 | ##+ | Penn Credit Corp., 916 South 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

Case 15-70664-JAD    Doc 207    Filed 03/26/21    Entered 03/27/21 00:41:15    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-7 | User: culy | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2021 | Form ID: 3180W | Total Noticed: 36 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison B. Gordon | on behalf of Debtor Christopher S Graham gordonab.esq@gmail.com |
| Allison B. Gordon | on behalf of Joint Debtor Sara N Graham gordonab.esq@gmail.com |
| Andrew F Gornall | on behalf of Creditor Nationstar Mortgage LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance c/o Ascension Capital Group lmester@mesterschwartz.com jschwartz@mesterschwartz.com |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC mmiksich@kmllawgroup.com |
| Martin A. Mooney | on behalf of Creditor Capital One Auto Finance c/o Ascension Capital Group kcollins@schillerknapp.com lgadomski@schillerknapp.com |
| Matthew Gross | on behalf of Creditor US Bank Trust National Association as Trustee of the PRP II Pals Investment Trust matt@dwaldmanlaw.com |
| Michael N. Vaporis | on behalf of Joint Debtor Sara N Graham mvaporis@comcast.net jlcerovich@comcast.net |
| Michael N. Vaporis | on behalf of Debtor Christopher S Graham mvaporis@comcast.net jlcerovich@comcast.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 14