**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/24/21 4:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   CHRISTOPHER S GRAHAM
   SARA N GRAHAM
      Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

**DEFAULT O/E JAD**

Case No. 15-70664 JAD

Chapter 13

Related To ECF No. 200

## ORDER OF COURT

     AND NOW, this 24th day of March, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                            BY THE COURT:

                            JEFFERY A. DELLER
                            U.S. BANKRUPTCY JUDGE

mas

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 15-70664-JAD
Christopher S Graham  Chapter 13
Sara N Graham
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: culy      Page 1 of 3
Date Rcvd: Mar 24, 2021      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher S Graham, Sara N Graham, 208 Carlisle St., Homer City, PA 15748-1331 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| sp | + | Thomas C. Baumann, Law Office of Abes Baumann, PC, 810 Penn Avenue, 5th Floor, Pittsburgh, PA 15222-3614 |
| cr | + | US Bank Trust National Association as Trustee of t, c/o Law Offices of Damian G. Waldman, PA, 10333 Seminole Blvd. Unit 1 & 2, Seminole, FL 33778-4204 |
| 14118102 | | AES Loan Servicing, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14118106 | + | Chatham College, 1 Woodland Rd., Pittsburgh, PA 15229-1232 |
| 14118107 | + | Collection Service Center, PO Box 68, Altoona PA, PA 16603-0068 |
| 14118109 | + | Conemaugh Memorial Medical Center, Attn: Billing Dept., 1086 Franklin St., Johnstown, PA 15905-4305 |
| 14118111 | | FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14118112 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14118114 | + | HSBC Bank USA, N.A., P.O. Box 2013, Buffalo, NY 14240-2013 |
| 14118113 | + | Holiday Financial Service, 2340 Warren Rd #205, Indiana, PA 15701-2413 |
| 14118115 | + | Indiana Regional Medical Center, 835 Hospital Rd., PO Box 788, Indiana, PA 15701-0788 |
| 14118116 | + | KML Law Group P.C., Ste 5000 - BNY Independence Ctr, 701 Market St., Philadelphia, PA 19106-1541 |
| 14118117 | + | Michael F Ratchford, Esquire, Edwin A Abrahamsen & Associates, 120 N Keyser Ave., Scranton, PA 18504-9701 |
| 14117828 | + | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 14111958 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Dr., Lewisville, TX 75067 |
| 14118122 | | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14118123 | | Sterling Jewelers Inc., d/b/a Kay Jewelers, P.O. Box 3680, Akron, OH 44309-3680 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Mar 25 2021 03:32:46 | Capital One Auto Finance c/o Ascension Capital Gro, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14118103 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Mar 25 2021 04:44:00 | Asset Acceptance Capital Corp., P.O. Box 2036, Warren, MI 48090-2036 |
| 14118104 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Mar 25 2021 03:43:52 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14131553 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Mar 25 2021 03:55:36 | Capital One Auto Finance,c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14133616 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 25 2021 03:43:41 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14118105 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

|          |   |                                                        | Mar 25 2021 03:32:41 | Capital One Card Services, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14118108 |   | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM             | Mar 25 2021 04:43:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14118110 |   | Email/Text: bdsupport@creditmanagementcompany.com      | Mar 25 2021 04:44:00 | Credit Management Co, 2121 Noblestown Rd., PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14118119 | + | Email/PDF: cbp@onemainfinancial.com                    | Mar 25 2021 03:55:22 | One Main Financial, 475 Ben Franklin Rd. S S64, Indiana, PA 15701-2347 |
| 14118121 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com   | Mar 25 2021 03:55:36 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14179702 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com   | Mar 25 2021 03:32:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14149517 |   | Email/Text: bnc-quantum@quantum3group.com              | Mar 25 2021 04:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14149421 |   | Email/Text: bnc-quantum@quantum3group.com              | Mar 25 2021 04:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14131577 | + | Email/Text: ecf@buckleyking.com                        | Mar 25 2021 04:43:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14118124 |   | Email/PDF: gecsedi@recoverycorp.com                    | Mar 25 2021 03:55:24 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | Nationstar Mortgage LLC |
| 14118118 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, 350 Highland Dr., Lewisville, TX 75067 |
| 14145997 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14118120 | ##+ | Penn Credit Corp., 916 South 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

District/off: 0315-7 | User: culy | Page 3 of 3
Date Rcvd: Mar 24, 2021 | Form ID: pdf900 | Total Noticed: 34

| Name | Email Address |
|---|---|
| Allison B. Gordon | on behalf of Debtor Christopher S Graham gordonab.esq@gmail.com |
| Allison B. Gordon | on behalf of Joint Debtor Sara N Graham gordonab.esq@gmail.com |
| Andrew F Gornall | on behalf of Creditor Nationstar Mortgage LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance c/o Ascension Capital Group lmester@mesterschwartz.com jschwartz@mesterschwartz.com |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC mmiksich@kmllawgroup.com |
| Martin A. Mooney | on behalf of Creditor Capital One Auto Finance c/o Ascension Capital Group kcollins@schillerknapp.com lgadomski@schillerknapp.com |
| Matthew Gross | on behalf of Creditor US Bank Trust National Association as Trustee of the PRP II Pals Investment Trust matt@dwaldmanlaw.com |
| Michael N. Vaporis | on behalf of Joint Debtor Sara N Graham mvaporis@comcast.net jlcerovich@comcast.net |
| Michael N. Vaporis | on behalf of Debtor Christopher S Graham mvaporis@comcast.net jlcerovich@comcast.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 14